UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-22991-CIV-SEITZ/REID

JAIME LEONARD TAYLOR,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent,
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE, DISMISSING AND CLOSING CASE

THIS CAUSE is before the Court on the Report of Magistrate Judge on Voluntary Dismissal [DE 20]. Movant filed a *pro se* motion to vacate pursuant to 28 U.S.C. § 2255. Thereafter, counsel was appointed for Movant and an evidentiary hearing was set [DE 9]. According to the Report, at the evidentiary hearing, Movant, after conferring with counsel and after a thorough colloquy, stated on the record that he wished to voluntarily dismiss his § 2255 motion. Thus, the Report recommends that Movant's motion for voluntary dismissal be granted.

Having carefully reviewed, *de novo*, Magistrate Judge Reid's Report and the record, and given that Movant has not filed objections, it is

ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE 20] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;

(2) Movant's Motion Under 28 U.S.C. § 2255 [DE 1] is DISMISSED without prejudice;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 24th day of May, 2019.

                                              *Patricia A. Seitz*
                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Reid
       All Counsel of Record/Pro se parties